Filed 3/17/22  P. v. Lockhart CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JASON ERIC LOCKHART,<br><br>    Defendant and Appellant. | 2d Crim. No. B314505<br>(Super. Ct. No. 19F-05129)<br>(San Luis Obispo County) |

Jason Eric Lockhart appeals from the judgment after he pled no contest to two counts of sexual penetration.  (Pen. Code, § 289, subd. (a)(1)(C).)

In 2018, Lockhart sexually molested his 16-year-old stepdaughter.  After he pled no contest to two counts of sexual penetration, the trial court sentenced him to 16 years in state prison (two consecutive middle terms of eight years for each count).

We appointed counsel to represent Lockhart in this appeal.  After counsel's examination of the record, counsel filed an opening brief raising no issues.  On January 26, 2022, we

advised Lockhart that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We have not received a response.

We have reviewed the entire record and are satisfied that counsel has fully complied with their responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>


TANGEMAN, J.


We concur:


GILBERT, P. J.


YEGAN, J.

2

Barry T. LaBarbera, Judge

Superior Court County of San Luis Obispo

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.